Harris Osgood, as Committee of the Person and Property of Arethusa Osgood, an Incompetent Person, *v.* D. W. Winkelman Company, Inc., Appellant. Eastern Rock Products, Inc., Respondents and Appellants, and Warren Froelick, Respondent.

Joe Schapiro, as Executor of Jay Brennan, Deceased, Appellants and Respondents, *v.* D. W. Winkelman Company, Inc., et al., Respondents and Appellants, and Warren Froelick, Respondent.

Submitted May 16, 1949; decided May 26, 1949.

*Oscar J. Brown* for motion.
*Howard J. Zeller* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.